FITZGERALD, Respondent, vs. FITZGERALD, Appellant.

*January 12—February 7, 1933.*

For the appellant there was a brief by *Raymond J. Cannon,* attorney, and *John L. Newman* of counsel, both of Milwaukee, and oral argument by *Mr. Newman.*

For the respondent there was a brief by *Kersten & McKinnon* of Milwaukee, and oral argument by *Charles J. Kersten* and *Arlo A. McKinnon.*

ROSENBERRY, C. J.   This case is ruled by the case of Harry J. Fitzgerald, Appellant, v. Emily Fitzgerald, Respondent, decided herewith (*ante,* p. 543, 246 N. W. 680).

*By the Court.*—The order appealed from is affirmed.